*899
 
 Memorandum. The order appealed from should be modified (see
 
 Cornell
 
 v.
 
 T. V. Development Corp.,
 
 17 N Y 2d 69, 73). Since the property was valued on a commercial basis, no value should have been assigned to the buildings on the property, which were inconsistent with that use
 
 (Matter of Erlanger,
 
 237 N. Y. 159, 164;
 
 Spano
 
 v.
 
 State of New York,
 
 22 A D 2d 757). Accordingly, the order of the Appellate Division is modified to the extent of striking therefrom so much as awards $15,000 for the buildings and, as modified, the order is affirmed, with costs.
 

 Chief Judge Desmond and Judges Fuld, Yan Voorhis, Burke, Soileppi, Bergan and Keating concur.
 

 Order modified in accordance with the memorandum herein and, as so modified, affirmed, with costs.